**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-03498 |
| v. | ) | |
| NATIONAL UNIVERSITY, | ) | Honorable Sharon Johnson Coleman |
| Defendants. | ) | |

**MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS**

Defendant National University ("Defendant"), by counsel, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, respectfully request that this Court dismiss Plaintiff's Complaint and compel arbitration.

For the reasons set forth in Defendants' Memorandum of Law in Support of Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Proceedings, and exhibits thereto, all of which have been contemporaneously filed and are hereby incorporated by reference, Defendants respectfully request that this Court: (1) grant Defendants' Motion; (2) dismiss the Complaint or, alternatively, stay the proceedings[1]; (3) compel Plaintiff to arbitrate the claims in her Complaint, on an individual basis, if she chooses to seek relief; and (4) order such other relief as this Court deems just and proper.

[1] If Defendant's Motion to Stay Proceedings is denied, Defendant reserves the right to file responsive pleadings under FRCP 12 and raise any and all responses and defenses allowable by law.

Dated: May 29, 2025.

Respectfully submitted,

By: *s/Eric P. Mathisen*
One of the Attorneys for Defendant,
**National University**

Eric P. Mathisen, IN Bar No. 19475-71
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: 219-242-8666
Fax: 219-242-8669
eric.mathisen@ogletree.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 29, 2025 the foregoing Motion to Compel Arbitration, Dismiss Class Claims, and Stay Proceedings was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all parties of record.

By: /s/Eric P. Mathisen